**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerome FRIERSON–BEY,**
**Defendant–Appellant.**

**No. 14–15162**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 23, 2015.

R. Brian Tanner, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, Christopher Clark, U.S. Attorney's Office, Augusta, GA, for Plaintiff-Appellee.

Jerome Frierson–Bey, Fort Dix, NJ, pro se.

Before HULL, MARCUS and ROSENBAUM, Circuit Judges.

PER CURIAM:

John E. Price, appointed counsel for Jerome Frierson–Bey in this criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's revocation judgment is **AFFIRMED.**